# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CIVIL ACTION NO. 5:08-CV-00464-H

| | |
|---|---|
| NATIONAL GENETICS INSTITUTE and BAXTER INTERNATIONAL, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| TALECRIS BIOTHERAPEUTICS, INC. | ) ) |
| Defendant. | ) |

**DEFENDANT TALECRIS BIOTHERAPEUTICS, INC.'S MOTION TO STAY CASE PENDING REEXAMINATIONS**

Defendant Talecris Biotherapeutics, Inc. ("Talecris"), through counsel and pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, EDNC, respectfully requests that this Court stay the above-captioned case pending the reexaminations of U.S. Patent Nos. 5,780,222; 6,063,563; and 6,566,052 (collectively, "the patents-in-suit"). In support of this motion, Talecris states as follows:

1. Talecris filed *ex parte* reexamination requests with the United States Patent and Trademark Office ("PTO") for all three of the patents-in-suit on November 7, 2008.

2. These requests will almost certainly result in the commencement of reexamination proceedings in the PTO: the PTO has granted 8,467 out of 9,219 requests for *ex parte* reexamination since July 1, 1981, when the *ex parte* reexamination process was initiated, or 92% of such requests. U.S. Patent and Trademark Office, *Ex Parte* Reexamination Filing Data - Sept. 30, 2008, at 1, *available at* http://www.uspto.gov/web/patents/documents/ex_parte.pdf.

3. Of the 6,457 *ex parte* reexaminations resolved by the PTO, 4,833, or 75%, resulted in all of the claims of the reexamined patent being canceled or in changes to the claims. *Id.* at 2.

4. Stays pending reexamination of patents are common, particularly where, as in this case, the litigation remains in its early stages.

WHEREFORE, for the foregoing reasons, and for the reasons stated in the accompanying Memorandum in Support of Defendant Talecris Biotherapeutics, Inc.'s Motion to Stay Case Pending Reexamination, Talecris respectfully requests that a stay be entered pending completion of the reexaminations and related appeals.

Respectfully submitted this the 4th day of December, 2008.

/s/ Michael E. Ray
Michael E. Ray (NCSB No. 8480)
Jacob S. Wharton (NCSB No. 37421)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-721-3648
Facsimile: 336-733-8312
mray@wcsr.com
jwharton@wcsr.com

Michael A. Schlanger
George F. Pappas
Paul J. Berman
Scott C. Weidenfeller
Shelli L. Calland
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401
Telephone: 202-662-5468
Facsimile: 202-662-6291
mschlanger@cov.com
pberman@cov.com
gpappas@cov.com
sweidenfeller@cov.com
scalland@cov.com

*Counsel for Defendant Talecris Biotherapeutics, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is an attorney for Defendant Talecris Biotherapeutics, Inc. and is a person of such age and discretion as to be competent to serve process.

That on December 4, 2008 he served copies of the attached **DEFENDANT TALECRIS BIOTHERAPEUTICS, INC.'S MOTION TO STAY CASE PENDING REEXAMINATION** and in the manner stated below.

*Via Electronic Service:*

Kenneth H. Sonnenfeld, Ph.D.
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: 212-556-2324
Facsimile: 212-556-2222
ksonnenfeld@kslaw.com

*Counsel for Plaintiff Baxter International, Inc.*

William Owen Lewis Hutchinson
King & Spalding, LLP
One Morrocroft Centre, Suite 200
6805 Morrison Blvd.
Charlotte, NC 28211
Telephone: 704-305-2563
Facsimile: 704-305-2622
whutchinson@kslaw.com

*Counsel for Plaintiff Baxter International, Inc.*

Hayden J. Silver, III
Kilpatrick Stockton, LLP
3737 Glenwood Ave.
Suite 400
Raleigh, NC 27612
Telephone: 919-420-1700
Facsimile: 919-420-1800
JaySilver@kilpatrickstockton.com

*Counsel for Plaintiff National Genetics Institute*

Danielle Thompson Williams
Kilpatrick Stockton, LLP
1001 West 4th St.
Winston-Salem, NC 27101
Telephone: 336-607-7306
Facsimile: 336-734-2616
dtwilliams@kilpatrickstockton.com

*Counsel for Plaintiff National Genetics Institute*

/s/ Michael E. Ray
Michael E. Ray (NCSB No. 8480)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-721-3648
Facsimile: 336-733-8312
mray@wcsr.com

*Counsel for Defendant Talecris Biotherapeutics, Inc.*