UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:08-CV-464-H2

NATIONAL GENETICS INSTITUTE,
et al,
    Plaintiffs

v.                                      ADDENDUM TO ORDER FOR
DISCOVERY PLAN - PATENT
CASES

TALECRIS BIOTHERAPEUTICS, INC.
    Defendant

    Note that if either party wishes the court to make a determination pursuant to __Markman v. Westview Instruments, Inc.__ 517 U.S. 370 (1996) the request for such a determination must be made in the response to the Order for Discovery Plan or the right to such a determination will be waived.

    If a __Markman__ determination is requested, the party seeking the determination will do so by motion and memorandum in support thereof within 30 days after discovery concludes. Replies will not be allowed. Dispositive motions will be filed within 20 days after the __Markman__ determination is made.