IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:08-CV-00464-H

| | |
|---|---|
| NATIONAL GENETICS INSTITUTE, and BAXTER INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TALECRIS BIOTHERAPEUTICS, INC. <br><br> Defendant. | ORDER GRANTING CONSENT MOTION TO EXTEND TIME |

THIS CAUSE came on to be heard by the undersigned upon the Motion of Plaintiffs National Genetics Institute and Baxter International, Inc. for an Order pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an extension of time in which to answer, move, or otherwise respond to Defendant's Counterclaims and for an Order pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an extension of time in which to oppose Defendant's Motion to Stay Case Pending Reexaminations, and it appearing to the Court that good cause exists for such relief,

IT IS THEREFORE ORDERED that the time for Plaintiffs National Genetics Institute and Baxter International, Inc. to serve a reply, motion, or other response to Defendant's Counterclaims, be and is hereby extended to and including the 20th day of January, 2009 and that the time for Plaintiffs to oppose Defendant's Motion to Stay Case Pending Reexaminations, be and is hereby extended to and including January 28, 2009.

This the 13th day of January, 2009.

DAVID W. DANIEL, U.S. Magistrate Judge