IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 5:08-CV-464-H

| | |
|---|---|
| NATIONAL GENETICS INSTITUTE, and BAXTER INTERNATIONAL, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TALECRIS BIOTHERAPEUTICS, INC., )<br>)<br>Defendant. ) | **ORDER** |

This matter is before the court on joint motion of the parties for an extension of time to hold the Rule 26(f) meeting, submit a discovery plan, and exchange mandatory initial disclosures [DE-23]. For good cause shown, the motion is **GRANTED** and the parties are allowed through and including March 31, 2009, to hold the Rule 26(f) meeting, and the deadline for mandatory initial disclosures and the submission of a discovery plan is likewise extended through and including April 14, 2009. In the event the court has not ruled on the Defendant's motion to stay [DE-17] by March 13, 2009, the Defendant is free to request additional extension of these deadlines

This 26th day of January 2009.

DAVID W. DANIEL
United States Magistrate Judge