# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CIVIL ACTION NO. 5:08-CV-00464-H

| | |
|---|---|
| NATIONAL GENETICS INSTITUTE, and BAXTER INTERNATIONAL, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| TALECRIS BIOTHERAPEUTICS, INC. | ) ) ) |
| Defendant. | ) ) |

## STIPULATION AND ORDER STAYING CASE PENDING REEXAMINATION

Plaintiff National Genetics Institute ("NGI"), Plaintiff Baxter International, Inc. ("Baxter") (NGI and Baxter collectively referred to herein as "Plaintiffs") and Defendant Talecris Biotherapeutics, Inc. ("Talecris") (NGI, Baxter, and Talecris collectively referred to herein as "Parties"), through counsel, jointly stipulate and move the Court to stay this lawsuit pursuant to the following terms agreed to by the Parties:

1. On December 4, 2008, Talecris filed a Motion to Stay Case Pending Reexaminations in this Court ("Defendant's Motion to Stay") in which Talecris requested that the Court stay the above-captioned case pending the reexaminations of U.S. Patent Nos. 5,780,222, 6,063,563 and 6,566,052 ("the patents-in-suit"). *See* D.E. 17.

2. The Parties stipulate and agree that, in the interest of compromise in the Parties' dispute regarding Talecris's pending motion to stay this case, and in the interest of economy to the Court as well as the parties that would flow from such compromise, Plaintiffs

consent to Talecris's requested stay and Talecris agrees that it will not raise this agreed-to consent of Plaintiffs to the Court or jury in this case, but will treat the consent as though the Plaintiffs opposed Defendant's Motion to Stay but did not prevail in their opposition to the motion.

Respectfully submitted this 28th day of January, 2009.

/s/___E. Danielle T. Williams_____
Steven Gardner (NC Bar #20984)
E. Danielle T. Williams (NC Bar #23283)
Frank W. Leak, Jr. (NC Bar #27937)
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
sgardner@kilpatrickstockton.com
dtwilliams@kilpatrickstockton.com
fleak@kilpatrickstockton.com

Hayden J. Silver, III (NC Bar #10037)
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue
Raleigh, NC 27612
Telephone: (919) 420-1700
Facsimile: (919) 420-1880
jaysilver@kilpatrickstockton.com

*Attorneys for Plaintiff National Genetics Institute*

/s/ William O.L. Hutchinson_____
William O.L. Hutchinson (NC Bar # 32742)
KING & SPALDING LLP
227 W. Trade Street, Suit 600
Charlotte, NC 28202
Telephone: (704) 503-2563
Facsimile: (704) 503-2622
whutchinson@kslaw.com

Of Counsel:

Kenneth H. Sonnenfeld, Ph.D.
Scott T. Weingaertner
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Telephone: (212) 556-2324
Facsimile: 212-556-2222
ksonnenfeld@kslaw.com
sweingaertner@kslaw.com

*Attorneys for Baxter International, Inc.*


/s/ Michael E. Ray
Michael E. Ray
Jacob S. Wharton
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
mray@wcsr.com
jwharton@wcsr.com

Of Counsel:

Paul J. Berman
George F. Pappas
Michael A. Schlanger
Scott C. Weidenfeller
Shelli L. Calland
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401
pberman@cov.com
gpappas@cov.com
mschlanger@cov.com
sweidenfeller@cov.com
scalland@cov.com

*Attorneys for Defendant Talecris Biotherapeutics, Inc.*

SO ORDERED,

This ___ day of _____ 2009.

_____
DAVID W. DANIEL
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2009, I electronically filed the foregoing **STIPULATION AND ORDER STAYING CASE PENDING REEXAMINATION** with the Clerk of the Court using the CM/ECF system and that counsel of record who are deemed to have consented to electronic service were served with a copy of this document.

>  Michael E. Ray
> Jacob S. Wharton
> Womble Carlyle Sandridge & Rice, PLLC
> One West Fourth Street
> Winston-Salem, NC 27101
> Email:  mray@wcsr.com
>           jwharton@wcsr.com
> Paul J. Berman
> George F. Pappas
> Michael A. Schlanger
> Scott C. Weidenfeller
> Shelli L. Calland
>  Covington & Burling LLP
>  1201 Pennsylvania Ave., NW
> Washington, DC 20004-2401
> Email:  pberman@cov.com
>            gpappas@cov.com
>            mschlanger@cov.com
>            sweidenfeller@cov.com
>            scalland@cov.com

>                                        s/ E. Danielle Thompson Williams
>
>                                        *Attorney for Plaintiff National Genetics Institute*