# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

## No. 5:08-CV-464-H

| | |
|---|---|
| NATIONAL GENETICS INSTITUTE, and BAXTER INTERNATIONAL, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **ORDER**<br>) |
| TALECRIS BIOTHERAPEUTICS, INC., | )<br>) |
| Defendant. | ) |

This matter is before the court *sua sponte* in order to ensure the court remains apprised of the status of the patent reexaminations, which have resulted in a stay of this case. The court **HEREBY ORDERS** the parties to submit a quarterly status report on the reexamination of the patents and any appeals. The first report shall be due on **April 1, 2009**, with subsequent reports due on July 1, 2009, October 1, 2009, and January 1, 2010.

This 30th day of January 2009.

DAVID W. DANIEL
United States Magistrate Judge