# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CIVIL ACTION NO. 5:08-CV-00464-H

| | |
|---|---|
| NATIONAL GENETICS INSTITUTE, and BAXTER INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TALECRIS BIOTHERAPEUTICS, INC., <br><br> Defendant. | **CONSENT MOTION FOR WITHDRAWAL OF SCOTT C. WEIDENFELLER** |

Talecris Biotherapeutics, Inc. ("Talecris"), through counsel, hereby moves for the withdrawal of Scott C. Weidenfeller as counsel of record for defendant. In support of this motion, Talecris informs the Court of the following:

1. Scott C. Weidenfeller, formerly with the law firm of Covington & Burling LLP, requests that he be withdrawn as counsel of record for Talecris pursuant to LR 83.1(g).

2. Covington & Burling LLP attorneys Paul J. Berman, Michael A. Schlanger, George F. Pappas, and Shelli L. Calland and Womble Carlyle Sandridge & Rice, PLLC attorneys Michael E. Ray and Jacob S. Wharton are currently counsel of record and they will continue to represent Talecris. There will be no interruption in the representation of Talecris by the withdrawal of Scott C. Weidenfeller. The Court may remove Scott C. Weidenfeller from this case as counsel of record, and cease forwarding any notifications of electronic filing to him.

3. Counsel for Plaintiffs National Genetics Institute and Baxter International, Inc. consent to this motion.

4. A proposed order is attached hereto as Exhibit A.

WHEREFORE, defendant Talecris Biotherapeutics, Inc. respectfully requests that the Court grant its motion and allow the withdrawal of Scott C. Weidenfeller as counsel of record for defendant in this matter.

Respectfully submitted this 6th day of April, 2009.

/s/ Jacob S. Wharton
Jacob S. Wharton (NCSB No. 37421)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-747-6609
Facsimile: 336-726-6985
jwharton@wcsr.com

*Counsel for Defendant Talecris Biotherapeutics, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is an attorney for Defendant Talecris Biotherapeutics, Inc. and is a person of such age and discretion as to be competent to serve process.

That on April 6, 2009 he served a copy of the attached **CONSENT MOTION FOR WITHDRAWAL OF SCOTT C. WEIDENFELLER** in the manner stated below.

*Via Electronic Service:*

| | |
|---|---|
| Kenneth H. Sonnenfeld, Ph.D.<br>King & Spalding, LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone:    212-556-2324<br>Facsimile:     212-556-2222<br>ksonnenfeld@kslaw.com<br><br>*Counsel for Plaintiff Baxter International, Inc.* | William Owen Lewis Hutchinson<br>King & Spalding, LLP<br>One Morrocroft Centre, Suite 200<br>6805 Morrison Blvd.<br>Charlotte, NC 28211<br>Telephone:    704-305-2563<br>Facsimile:     704-305-2622<br>whutchinson@kslaw.com<br><br>*Counsel for Plaintiff Baxter International, Inc.* |
| Hayden J. Silver, III<br>Kilpatrick Stockton, LLP<br>3737 Glenwood Ave.<br>Suite 400<br>Raleigh, NC 27612<br>Telephone:    919-420-1700<br>Facsimile:     919-420-1800<br>JaySilver@kilpatrickstockton.com<br><br>*Counsel for Plaintiff National Genetics Institute* | Danielle Thompson Williams<br>Kilpatrick Stockton, LLP<br>1001 West 4th St.<br>Winston-Salem, NC 27101<br>Telephone:    336-607-7306<br>Facsimile:     336-734-2616<br>dtwilliams@kilpatrickstockton.com<br><br>*Counsel for Plaintiff National Genetics Institute* |

/s/ Jacob S. Wharton
Jacob S. Wharton (NCSB No. 37421)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone:    336-747-6609
Facsimile:     336-726-6985
jwharton@wcsr.com

*Counsel for Defendant Talecris Biotherapeutics, Inc.*