IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:08-CV-00464-H

| | |
|---|---|
| NATIONAL GENETICS INSTITUTE, and BAXTER INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TALECRIS BIOTHERAPEUTICS, INC., <br><br> Defendant. | **ORDER** |

This matter is before the Court on defendant Talecris Biotherapeutics, Inc.'s Consent Motion for Withdrawal of Scott C. Weidenfeller as counsel for defendant ("Consent Motion for Withdrawal") [DE-31]; and

The Court having considered the facts set forth in the Consent Motion for Withdrawal, and any responses thereto, and all other evidence submitted; and

The Court having found from the specific facts set forth in the above-mentioned materials and good cause appearing hereby:

ORDERS that Scott C. Weidenfeller is permitted to withdraw from this action, and he shall no longer be counsel of record for defendant Talecris Biotherapeutics, Inc.

7th day April, 2009

DAVID W. DANIEL

United States Magistrate Judge