**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CIVIL ACTION NO. 5:08-CV-00464-H**

| | |
|---|---|
| NATIONAL GENETICS INSTITUTE, and BAXTER INTERNATIONAL, INC., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| TALECRIS BIOTHERAPEUTICS, INC. | ) |
| Defendant. | ) |

**PLAINTIFFS' STATUS REPORT**

Pursuant to the Court's Order of January 30, 2009, Plaintiffs hereby provide the Court with this Joint Status Report concerning the pending reexamination of U.S. Patent No. 6,566,052 (the '052 patent), 6,063,563 (the '563 patent), and 5,780,222 (the '222 patent), the patents-in-suit in the above captioned litigation. In connection with this Status Report, Plaintiffs state as follows:

Defendant filed a request for *ex parte* reexamination of the '052, the '563, and the '222 patents on November 7, 2008. The Patent Office issued an Order Granting Request for *Ex Parte* Reexamination on December 17, 2008 in each of the three patents-in-suit.

On February 19, 2009, the Patent Office issued non-final office actions in each of the three pending reexamination cases.

On April 20, 2009, the Patent Owner filed responses in each of the three pending reexamination cases to the respective non-final office actions. On May 14, 2009, the Patent Owner filed supplemental responses in each of the three pending reexamination cases.

Patent Owner is currently waiting for the Patent Office to act in each of the three pending reexamination cases.

Respectfully submitted this 1st day of July, 2009.

/s/___E. Danielle T. Williams_

Steven Gardner (NC Bar #20984)
E. Danielle T. Williams (NC Bar #23283)
Matias Ferrario (NC Bar #38723)
Frank W. Leak, Jr. (NC Bar #27937)
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
sgardner@kilpatrickstockton.com
dtwilliams@kilpatrickstockton.com
mferrario@kilpatrickstoctkon.com
fleak@kilpatrickstockton.com

Hayden J. Silver, III (NC Bar #10037)
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue
Raleigh, NC 27612
Telephone: (919) 420-1700
Facsimile: (919) 420-1880
jaysilver@kilpatrickstockton.com

*Attorneys for Plaintiff National Genetics Institute*

/s/_William O.L. Hutchinson_________
William O.L. Hutchinson (NC Bar # 32742)
KING & SPALDING LLP
227 W. Trade Street, Suit 600
Charlotte, NC 28202
Telephone: (704) 503-2563
Facsimile: (704) 503-2622
whutchinson@kslaw.com

Of Counsel:

Kenneth H. Sonnenfeld, Ph.D.
Scott T. Weingaertner
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Telephone: (212) 556-2324
Facsimile: 212-556-2222
ksonnenfeld@kslaw.com
sweingaertner@kslaw.com

*Attorneys for Baxter International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2009, I electronically filed the foregoing **PLAINTIFFS' STATUS REPORT** with the Clerk of the Court using the CM/ECF system and that counsel of record who are deemed to have consented to electronic service were served with a copy of this document.

Michael E. Ray
Jacob S. Wharton
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Email: mray@wcsr.com
jwharton@wcsr.com

Paul J. Berman
George F. Pappas
Michael A. Schlanger
Scott C. Weidenfeller
Shelli L. Calland
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004-2401
Email: pberman@cov.com
gpappas@cov.com
mschlanger@cov.com
sweidenfeller@cov.com
scalland@cov.com

s/ E. Danielle T. Williams

*Attorney for Plaintiff National Genetics Institute*