IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:08-CV-00464-H

| | |
|---|---|
| NATIONAL GENETICS INSTITUE and BAXTER INTERNATIONAL, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| TALECRIS BIOTHERAPEUTICS, INC. | ) ) |
| Defendant. | ) |

**DEFENDANT TALECRIS BIOTHERAPEUTICS, INC.'S**
**OCTOBER 1, 2009 STATUS REPORT**

Pursuant to the Court's January 30, 2009 Order, Defendant Talecris Biotherapeutics, Inc. ("Talecris") hereby provides the Court with this Status Report concerning the pending reexamination of U.S. Patent Nos. 6,566,052 (the '052 patent), 6,063,563 (the '563 patent), and 5,780,222 (the '222 patent), the patents-in-suit in the above-captioned litigation. In connection with this Report, Talecris states as follows:

Talecris filed a request for *ex parte* reexamination of the '052, '563 and '222 patents on November 7, 2008. The Patent Office issued an Order Granting Request for *Ex Parte* Reexamination on December 17, 2008 in each of the three patents-in-suit.

On February 19, 2009, the Patent Office issued non-final office actions in each of the three pending reexamination cases rejecting all of the claims in the patents-in-suit. The Patent Owner filed a response and supplemental response to these office actions on April 20, 2009 and May 14, 2009, respectively.

On July 7, 2009, the Patent Office issued a Notice of Intent to Issue Reexamination Certificate for the '052 and '563 patents. On July 9, 2009, the Patent Office

issued a Notice of Intent to Issue Reexamination Certificate for the '222 patent. The Patent Office confirmed all of the claims in the '052, '563 and '222 patents without modification. The Patent Office has not yet issued Reexamination Certificates for any of the patents.

Respectfully submitted this 1st day of October, 2009.

/s/ Michael E. Ray
Michael E. Ray (NCSB No. 8480)
Jacob S. Wharton (NCSB No. 37421)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-721-3648
Facsimile: 336-773-8312
mray@wcsr.com
jwharton@wcsr.com

Michael A. Schlanger
George F. Pappas
Paul J. Berman
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401
Telephone: 202-662-6000
Facsimile: 202-662-6291
mschlanger@cov.com
pberman@cov.com
gpappas@cov.com
scalland@cov.com

*Counsel for Defendant Talecris Biotherapeutics, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is an attorney for Defendant Talecris Biotherapeutics, Inc., and is a person of such age and discretion as to be competent to serve process.

That on October 1, 2009 he served copies of the attached **DEFENDANT TALECRIS BIOTHERAPEUTICS, INC.'S OCTOBER 1, 2009 STATUS REPORT** in the manner stated below.

*Via Electronic Service:*

| | |
|---|---|
| Kenneth H. Sonnenfeld, Ph.D.<br>King & Spalding, LLP<br>1185 Avenue of the Americas<br>New York, NY  10036<br>Telephone:     212-556-2324<br>Facsimile:     212-556-2222<br>ksonnenfeld@kslaw.com<br><br>*Counsel for Plaintiff Baxter International, Inc.* | William Owen Lewis Hutchinson<br>King & Spalding, LLP<br>One Morrocroft Centre, Suite 200<br>6805 Morrison Blvd.<br>Charlotte, NC  28211<br>Telephone:     704-305-2563<br>Facsimile:     704-305-2622<br>whutchinson@kslaw.com<br><br>*Counsel for Plaintiff Baxter International, Inc.* |
| Hayden J. Silver, III<br>Kilpatrick Stockton, LLP<br>3737 Glenwood Ave.<br>Suite 400<br>Raleigh, NC 27612<br>Telephone:     919-420-1700<br>Facsimile:     919-420-1800<br>JaySilver@kilpatrickstockton.com<br><br>*Counsel for Plaintiff National Genetics Institute* | Danielle Thompson Williams<br>Kilpatrick Stockton, LLP<br>1001 West 4th St.<br>Winston-Salem, NC 27101<br>Telephone:     336-607-7306<br>Facsimile:     336-734-2616<br>dtwilliams@kilpatrickstockton.com<br><br>*Counsel for Plaintiff National Genetics Institute* |

/s/ Michael E. Ray
Michael E. Ray (NCSB No. 8480)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone:  336-721-3648
Facsimile:  336-773-8312
mray@wcsr.com

*Counsel for Defendant Talecris Biotherapeutics, Inc.*