**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:08-CV-00464-H**

NATIONAL GENETICS INSTITUTE, )
and BAXTER INTERNATIONAL, )
INC., )
                    )
                Plaintiffs, )
vs. )
                    )
TALECRIS BIOTHERAPEUTICS, )
INC. )
                    )
                Defendant. )

## PLAINTIFFS' STATUS REPORT

Pursuant to the Court's Order of January 30, 2009, Plaintiffs hereby provide the Court

with this Status Report concerning the pending reexamination of U.S. Patent No. 6,566,052

(the '052 patent), 6,063,563 (the '563 patent), and 5,780,222 (the '222 patent), the patents-in-

suit in the above captioned litigation.

**I.      Background**

On September 15, 2008, National Genetics Institute ("NGI") and Baxter sued Talecris

for infringing the patents-in-suit.

On November 23, 2008, Talecris filed an Answer and Counterclaims asserting that

the patents-in-suit are invalid.  Talecris also asserted that Plaintiffs brought an objectively

baseless lawsuit in an attempt to monopolize the market in violation of Section 2 of the

Sherman Act.  (Dkt. No. 16.)  The basis for Talecris's antitrust counterclaim is that Plaintiffs

were aware of certain prior art, namely an article by R.M. Phatarfod *et al*. entitled "The Use

of a Square Array Scheme in Blood Testing" from the journal Statistics in Medicine ("Phatarfod article"). (*Id.* at ¶¶ 21-27, 52-58.) Talecris's counterclaim further alleges that Plaintiffs filed suit in bad faith "in an attempt to cause harm even though Plaintiffs know that their infringement lawsuit had no reasonable probability of success." (*Id*. at ¶ 55.)

On November 7, 2008, Talecris filed in the Patent Office requests for reexaminations of the patents-in-suit. (*See* Dkt. No. 18 Ex. A-C.) Talecris's requests argued that the patents-in-suit are invalid in view of the Phatarfod article and other references. (*Id.*)

Talecris then filed a motion to stay the litigation. (Dkt. No. 17.) Talecris argued that the reexaminations would result in a finding of invalidity of all claims of the patents-in-suit resulting in "the effective end of this litigation." (Dkt. No. 18 at 4, 8.)

In the interest of economy to the Court as well as to the parties, Plaintiffs consented to Talecris's motion and the parties filed a joint stipulation to stay the litigation, which the Court entered on January 31, 2009. (Dkt. No. 28.)

## II.   Events Since the Last Status Report

In July 2009, the United States Patent Office – after carefully considering the Phatarfod article and other references that Talecris asserted invalidated the patents-at-issue – confirmed the validity of <u>all</u> claims of <u>all three</u> asserted patents in unamended form. (Ex. A-C.) The Patent Office issued Notices of Intent to Issue *Ex Parte* Reexamination Certificates. *Id.* Thus, the Patent Office—for a second time—determined that <u>each and every claim</u> of the three patents-in-suit is <u>valid</u>.

As soon as one of the certificates of reexamination for one of the patents-in-suit publishes, Plaintiffs currently plan to file a motion requesting that the Court lift the stay and

-2-

issue an Order for Discovery Plan setting the date by when the parties must proceed with a

Rule 26(f) conference.

Respectfully submitted this 1st day of October, 2009.

/s/___E. Danielle T. Williams_____
Steven Gardner (NC Bar #20984)
E. Danielle T. Williams (NC Bar #23283)
Matias Ferrario (NC Bar #38723)
Frank W. Leak, Jr. (NC Bar #27937)
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
sgardner@kilpatrickstockton.com
dtwilliams@kilpatrickstockton.com
mferrario@kilpatrickstoctkon.com
fleak@kilpatrickstockton.com

Hayden J. Silver, III (NC Bar #10037)
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue
Raleigh, NC  27612
Telephone: (919) 420-1700
Facsimile: (919) 420-1880
jaysilver@kilpatrickstockton.com

*Attorneys for Plaintiff National Genetics Institute*

/s/_William O.L. Hutchinson_____
William O.L. Hutchinson (NC Bar # 32742)
KING & SPALDING LLP
227 W. Trade Street, Suit 600
Charlotte, NC 28202
Telephone:  (704) 503-2563
Facsimile:  (704) 503-2622
whutchinson@kslaw.com

-3-

US2008 422759.1

Of Counsel:

Kenneth H. Sonnenfeld, Ph.D.
Scott T. Weingaertner
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036-4003
Telephone:  (212) 556-2324
Facsimile:  212-556-2222
ksonnenfeld@kslaw.com
sweingaertner@kslaw.com

*Attorneys for Baxter International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2009, I electronically filed the

foregoing **PLAINTIFFS' STATUS REPORT** with the Clerk of the Court using the

CM/ECF system and that counsel of record who are deemed to have consented to electronic

service were served with a copy of this document.

Michael E. Ray
Jacob S. Wharton
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Email: mray@wcsr.com
      jwharton@wcsr.com

Paul J. Berman
George F. Pappas
Michael A. Schlanger
Scott C. Weidenfeller
Shelli L. Calland
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004-2401
Email: pberman@cov.com
      gpappas@cov.com
      mschlanger@cov.com
      sweidenfeller@cov.com
      scalland@cov.com

s/ E. Danielle T. Williams

*Attorney for Plaintiff National Genetics Institute*

-5-

US2008 422759.1

Case 5:08-cv-00464-H    Document 38    Filed 10/01/2009    Page 5 of 5