IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:08-CV-00464-H

| | |
|---|---|
| NATIONAL GENETICS INSTITUTE, and BAXTER INTERNATIONAL, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| TALECRIS BIOTHERAPEUTICS, INC. | ) ) ) |
| Defendant. | ) |

## PLAINTIFFS' STATUS REPORT

Pursuant to the Court's January 30, 2009 Order, Plaintiffs hereby provide the Court with this Status Report concerning the pending reexamination of U.S. Patent No. 6,566,052 (the '052 patent), 6,063,563 (the '563 patent), and 5,780,222 (the '222 patent), the patents-in-suit in the above captioned litigation. In connection with this Status Report, Plaintiffs state as follows:

Defendant filed a request for *ex parte* reexamination of the '052, the '563, and the '222 patents on November 7, 2008. The Patent Office issued an Order Granting Request for *Ex Parte* Reexamination on December 17, 2008 in each of the three patents-in-suit.

On February 19, 2009, the Patent Office issued non-final office actions in each of the three pending reexamination cases.

On April 20, 2009, the Patent Owner filed responses in each of the three pending reexamination cases to the respective non-final office actions. On May 14, 2009, the Patent Owner filed supplemental responses in each of the three pending reexamination cases.

In July 2009, the Patent Office confirmed the validity of <u>all</u> claims of <u>all three</u> asserted patents and issued Notices of Intent to Issue *Ex Parte* Reexamination Certificates. (Ex. A-C.)

On July 13, 2009, Patent Owner filed first petitions to request consideration of documents in each of the pending reexamination cases. On October 6, 2009 the Patent Office dismissed the first petitions.

On October 26, 2009, the Patent Owner filed second petitions to request consideration of documents in each of the pending reexamination cases. On December 1, 2009, the Patent Office dismissed the second petitions.

On December 7, 2009, Patent Owner filed third petitions to request consideration of documents in each of the pending reexamination cases. The third petitions are currently pending before the Patent Office.

Respectfully submitted this the 4th day of January, 2010.

/s/ E. Danielle T. Williams
Steven Gardner (NC Bar #20984)
E. Danielle T. Williams (NC Bar #23283)
Matias Ferrario (NC Bar #38723)
Frank W. Leak, Jr. (NC Bar #27937)
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300

Facsimile: (336) 607-7500
sgardner@kilpatrickstockton.com
dtwilliams@kilpatrickstockton.com
mferrario@kilpatrickstoctkon.com
fleak@kilpatrickstockton.com

Hayden J. Silver, III (NC Bar #10037)
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue
Raleigh, NC 27612
Telephone: (919) 420-1700
Facsimile: (919) 420-1880
jaysilver@kilpatrickstockton.com

*Attorneys for Plaintiff National Genetics Institute*


/s/_William O.L. Hutchinson_____
William O.L. Hutchinson (NC Bar # 32742)
KING & SPALDING LLP
227 W. Trade Street, Suit 600
Charlotte, NC 28202
Telephone: (704) 503-2563
Facsimile: (704) 503-2622
whutchinson@kslaw.com

Of Counsel:

Kenneth H. Sonnenfeld, Ph.D.
Alex Skucas
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Telephone: (212) 556-2324
Facsimile: 212-556-2222
ksonnenfeld@kslaw.com
sweingaertner@kslaw.com

*Attorneys for Baxter International, Inc.*

US2008 422759.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January 2010, I electronically filed the foregoing PLAINTIFFS' STATUS REPORT with the Clerk of Court using the CM/ECF system, which will automatically send documentation of such filing to the following attorneys of record:

>Michael E. Ray
>Jacob S. Wharton
>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
>One West Fourth Street
>Winston-Salem, NC 27101
>
>*Attorneys for Defendant Talecris Biotherapeutics, Inc.*
>
>
>Of Counsel:
>
>Gary M. Rubman
>COVINGTON & BURLING LLP
>1201 Pennsylvania Avenue, NW
>Washington, D.C. 20004-2401
>
>*Attorney for Defendant Talecris Biotherapeutics, Inc.*

This 4th day of January, 2010.

>/s/ E. Danielle Thompson Williams