IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:08-CV-00464-H

| | |
|---|---|
| NATIONAL GENETICS INSTITUTE and BAXTER INTERNATIONAL, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| TALECRIS BIOTHERAPEUTICS, INC. | ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs National Genetics Institute ("NGI") and Baxter International, Inc. ("Baxter") and Defendant Talecris Biotherapeutics, Inc. ("Talecris") that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), NGI's and Baxter's claims against Talecris, and Talecris's counterclaims against NGI and Baxter be, and they hereby are, dismissed with prejudice. Plaintiffs shall not be responsible for Defendant's attorney's fees, expenses and costs; nor shall Defendant be responsible for Plaintiffs' attorney's fees, expenses and costs.

Dated: October 11, 2010.

Respectfully submitted,

| | |
|---|---|
| s/ Michael Ray (w/ permission) | s/ E. Danielle T. Williams |
| Michael E. Ray (NCSB No. 8480) | Steven Gardner (NC Bar #20984) |
| Jacob S. Wharton (NCSB No. 37421) | E. Danielle T. Williams (NC Bar #23283) |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | Matias Ferrario (NC Bar #38723) KILPATRICK STOCKTON LLP |
| One West Fourth Street | 1001 West Fourth Street |

Winston-Salem, NC 27101
Telephone: 336-721-3648
Facsimile: 336-773-8312
mray@wcsr.com
jwharton@wcsr.com


Michael A. Schlanger
George F. Pappas
Paul J. Berman
Gary M. Rubman
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401
Telephone: 202-662-6000
Facsimile: 202-662-6291
mschlanger@cov.com
pberman@cov.com
gpappas@cov.com
grubman@cov.com

*Counsel for Defendant Talecris Biotherapeutics, Inc.*

Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
sgardner@kilpatrickstockton.com
dtwilliams@kilpatrickstockton.com
mferrario@kilpatrickstoctkon.com

*Attorneys for Plaintiff National Genetics Institute*


s/ William O.L. Hutchinson (w/ permission)
William O.L. Hutchinson (NC Bar # 32742)
KING & SPALDING LLP
227 W. Trade Street, Suit 600
Charlotte, NC 28202
Telephone: (704) 503-2563
Facsimile: (704) 503-2622
whutchinson@kslaw.com

Of Counsel:

Kenneth H. Sonnenfeld, Ph.D.
Alex Skucas
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Telephone: (212) 556-2324
Facsimile: 212-556-2222
ksonnenfeld@kslaw.com
askucas@kslaw.com

*Attorneys for Baxter International, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2010, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will automatically send documentation of such filing to the following attorneys of record:

| | |
|---|---|
| Michael E. Ray<br>Jacob S. Wharton<br>WOMBLE CARLYLE SANDRIDGE<br>& RICE, PLLC<br>One West Fourth Street<br>Winston-Salem, NC 27101 | William O.L. Hutchinson<br>KING & SPALDING LLP<br>227 W. Trade Street, Suit 600<br>Charlotte, NC 28202 |
| Of Counsel: | Scott T. Weingaertner<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 |
| Gary M. Rubman<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2401 | *Attorneys for Baxter International, Inc.* |

*Attorney for Defendant Talecris Biotherapeutics, Inc.*

This 11th day of October, 2010.

s/ E. Danielle Thompson Williams